IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-14-BO

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ELIZABETH JEANNE KING a/k/a JEANNE KING HOLMES and JERRY DELL HOLMES JR., | ) | |
| Defendants. | ) | |

This cause comes before the Court on plaintiff's motions to reopen the case [DE 20] and to dismiss [DE 22]. On January 13, 2021, the Court administratively closed this declaratory judgment action in light of a notice of bankruptcy filed by defendant King and Clerk's Default having been entered against Holmes, with no further action taken by the parties since the entry of default. [DE 19]. The case was subsequently reassigned to the undersigned.

Plaintiff now seeks to reopen the case and to dismiss the action with prejudice. The parties have settled their dispute and the settlement has been approved by the Bankruptcy Court. The settlement has been consummated and plaintiff's claims against defendants are now moot. Good cause therefore exists to dismiss this action, and plaintiff's motions shall be granted. Fed. R. Civ. P. 41(a)(2).

CONCLUSION

Plaintiff's motion to reopen the case [DE 20] is GRANTED and the clerk is DIRECTED to return this case to the active docket.

Plaintiff's motion to dismiss [DE 22] is also GRANTED. This action is hereby DISMISSED with prejudice.

SO ORDERED, this **20** day of December 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE